

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00316-CV

**OLD AMERICAN COUNTY MUTUAL FIRE INSURANCE COMPANY**,
Appellant/Cross-Appellee

v.

Brenda Lynn **JUAREZ**,
Appellee/Cross-Appellant,

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 13-06-28583-MCVAJA
Honorable Timothy F. Johnson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the case is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of the appeal are taxed against the party incurring same.

SIGNED November 2, 2016.

_____
Rebeca C. Martinez, Justice